# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| EMERGENCY PLANNING ) <br> MANAGEMENT INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. **19-1024 C** _____ <br><br> Judge _____ |

## NOTICE OF DIRECTLY RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiff, Emergency Planning Management Inc. ("EPM"), through its undersigned counsel, hereby represents that this bid protest is directly related to *FMS Investment Corp. v. United States*, No. 19-308C, and the consolidated cases thereunder now pending, including *Continental Service Group, Inc. v. United States*, No. 19-331C, *GC Services Limited Partnership v. United States*, No. 19-372C, and *Higher Education Loan Authority of the State of Missouri, et. al. v. United States*, No. 19-478C.

EPM's bid protest is related because it also involves a pre-award challenge to the terms of the Department of Education's NextGen Business Process Operations Solicitation No. 91003119R0008.

Assigning this case to the already consolidated cases is expected to conserve judicial resources and promote the efficient administration of justice.

                                        Respectfully submitted,

                                        **MATROSS EDWARDS LLC**

                                        /s/ *Joshua B. Duvall*_____

Dated:   July 16, 2019               Joshua B. Duvall
                                        Matross Edwards LLC
                                        1717 K Street NW, Suite 900
                                        Washington, DC 20006
                                        202.854.9959
                                        jduvall@matrossedwards.com

                                        *Attorney of Record for*
                                        *Emergency Planning Management, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on this 16th day of July, 2019.

/s/ *Joshua B. Duvall*

Joshua B. Duvall