# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| EMERGENCY PLANNING MANAGEMENT, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Case No. 19-1024 C<br>) |
| THE UNITED STATES, | )    Judge _____<br>) |
| Defendant. | )<br>)<br>) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Emergency Planning Management, Inc. ("EPM") hereby notifies the Court that it is a nongovernmental corporate party, and that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

**MATROSS EDWARDS LLC**

Dated: July 16, 2019

/s/ *Joshua B. Duvall*_____
Joshua B. Duvall
Matross Edwards LLC
1717 K Street NW, Suite 900
Washington, DC 20006
202.854.9959
jduvall@matrossedwards.com

*Attorney of Record for*
*Emergency Planning Management, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on this 16th day of July, 2019.

<u>/s/ *Joshua B. Duvall*</u>

Joshua B. Duvall