# In the United States Court of Federal Claims

No. 19-1024

(Filed: July 19, 2019)

```
*****************************************
                                        *
EMERGENCY PLANNING                      *
MANAGEMENT, INC.                        *
                                        *
              Plaintiff,                *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
              Defendant.                *
                                        *
*****************************************
```

## SCHEDULING ORDER

The Court will hold a hearing on Plaintiff's motion for a temporary restraining order on Tuesday, July 23, 2019, at 2:00 PM at the National Courts Building in Washington, DC.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge