## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

|  |  |  |
|---|---|---|
| EMERGECNY PLANNING MANAGEMNT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-1024C |
| v. | ) ) | (Judge Thomas C. Wheeler) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## **NOTICE**

Pursuant to the Court's July 23, 2019 order (ECF No. 12), defendant, the United States, respectfully submits this notice. The Department of Education, Office of Student Financial Aid (FSA) confirms that it will voluntarily stay awards for the solicitation at issue in this protest, the Business Processing Operations solicitation (No. 91003119R0008), until the Court decides this bid protest. FSA is currently gathering materials for the administrative record in this case. In accordance with the scheduling order in this case, we will file those materials on or before July 31, 2019, which will enable the parties to proceed with the briefing schedule already in place. As discussed with the Court during the July 23, 2019 hearing, the administrative record in case no. 19-308, *FMS, et al. v. United States*, is also relevant to this matter and we would request that the Court grant counsel for plaintiff access to that record for use in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| OF COUNSEL: |  |
| TRACEY SASSER<br>Assistant General Counsel<br>United States Department of Education<br>Division of Business and Administrative Law | s/ David R. Pehlke<br>DAVID R. PEHLKE<br>Trial Attorney<br>Department of Justice – Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0252<br>Fax: (202) 353-0461<br>david.r.pehlke@usdoj.gov |
| July 29, 2019 | Attorneys for Defendant |