**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| EMERGENCY PLANNING MANAGEMENT, INC., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) ) | No. 19-1024C<br><br>(Judge Thomas C. Wheeler) |

**INDEX TO THE ADMINISTRATIVE RECORD[1]**

| **Tab** | **Document Name/Description** | **Page** |
|---|---|---|
| 1 | BPO Solicitation Amendment 003 and Attachments | 1 |
| 2 | BPO Solicitation Amendment 004 and Attachments | 142 |
| 3 | BPO Solicitation Amendment 005 and Attachments | 370 |
| 4 | BPO Solicitation Amendment 006 and Attachment | 410 |
| 5 | BPO Solicitation Amendment 007 | 509 |
| 6 | Small Business Participation Review Form | 522 |
| 7 | FY2019 Small Business Procurement Goals | 532 |
| 8 | "Background Information Regarding Small Business" | 533 |
| 9 | June 10, 2019 Email, "Small Business Language for NextGen Business Process Operations" and attachments | 534 |

---

[1] These materials are additional to the administrative record filed in *FMS, et al. v. United States*, Case No. 19-308C.

| <u>Tab</u> | <u>Document Name/Description</u> | <u>Page</u> |
|---|---|---|
| 10 | June 13, 2019 Email, "Small Business Language for NextGen Business Process Operations" | 548 |