# In the United States Court of Federal Claims

No. 19-1024

(Filed: September 13, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| EMERGENCY PLANNING MANAGEMENT, INC. | \* \* \* \* |
| Plaintiff, | \* \* |
| v. | \* \* |
| THE UNITED STATES, | \* \* |
| Defendant. | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

The Court will hear oral argument on the parties' cross-motions for judgment on the administrative record on Wednesday, September 25, 2019, at 10:00 AM EDT at the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge