# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | | |
|---|---|---|
| EMERGENCY PLANNING MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-1024 |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) | Judge Thomas C. Wheeler |
| Defendant. | ) ) ) ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Emergency Planning Management, Inc. ("EPM") appeals this Court's October 2, 2019 Opinion and Order (ECF No. 29) and the associated entry of Judgment (ECF No. 30) to the United States Court of Appeals for the Federal Circuit.

Dated:   November 27, 2019

Respectfully submitted,

**OFFIT KURMAN, P.A.**

*Of Counsel*:

Joshua Duvall
Matross Edwards LLC
1717 K Street NW, Suite 900
Washington, DC 20006

 /s/ *Edward DeLisle*
Edward DeLisle
Offit Kurman, P.A.
401 Plymouth Road
Plymouth Meeting, PA 19462
267.338.1321
edelisle@offitkurman.com

*Attorney of Record for
Emergency Planning Management,
Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Files ("CM/ECF") system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.


/s/ *Joshua Duvall*
Joshua Duvall