# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

|  |  |
|---|---|
| EMERGENCY PLANNING MANAGEMENT, INC., ) ) ) | |
| Plaintiff, ) ) | No. 19-1024C |
| v. ) ) | (Judge Thomas C. Wheeler) |
| UNITED STATES, ) ) | |
| Defendant. ) ) ) | |

## NOTICE

Defendant, the United States, hereby provides notice to the Court and to the parties to this action that pursuant to paragraph 14 of the protective order entered in *FMS Investment Corp. v. United States*, Case No. 19-308 (*FMS*), it is waiving protection for certain formerly protected materials in the *FMS* administrative record. Those materials were incorporated, under protection, into this action. The waiver of protection in *FMS* applies also to the materials as incorporated into this action. The *FMS* administrative record materials, for which we are waiving protection, are: Tab 1, Tab 16, Tab 17, Tab 31, Tab 32, and Tab 33a.

Respectfully submitted,

|  |  |
|---|---|
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
| OF COUNSEL: | s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| TRACEY SASSER<br>Assistant General Counsel<br>United States Department of Education<br>Division of Business and Administrative Law | s/ David R. Pehlke<br>DAVID R. PEHLKE<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Telephone: (202) 307-0252<br>E-mail: david.r.pehlke@usdoj.gov |
| March 24, 2020 | Attorneys for Defendant |