# United States Court of Appeals for the Federal Circuit

---

**EMERGENCY PLANNING MANAGEMENT, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2020-1194

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-01024-TCW, Judge Thomas C. Wheeler.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered September 2, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 26, 2020  /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court